## SARAH ILSLEY, Administratrix, *versus* SAMUEL KNIGHT.

*Practice.*—Costs not allowed to the petitioner when a review is granted, where the mistake complained of was a miscalculation of the interest on a note ; though the defendant had notice, was requested to pay, and refused ; for the plaintiff's counsel ought to have seen that the computation was correct.

THIS was a petition by the administratrix for the review of an action, in which a judgment was rendered in the Court of Common Pleas, upon the default of *Knight*, for the sum of 326 dollars 79 cents damages, stating that there was a mistake, in the computation, of *thirty-four* dollars and *nineteen* cents ; and that, on discovering the mistake, she had given notice thereof to *Knight*, and requested him to pay the sum, which he had refused to do    *Knight*, having had regular notice of this petition, was called, but did not appear.

[ * 468 ]     * It appeared, and was so alleged in the petition, that the action was brought upon a note of hand, and the mistake originated from the mere error of the *clerk* in computing the interest on the note.

- 348

The Court (*Sedgwick, Sewall,* and *Thacher,* justices) granted a review to correct the error, and directed the clerk to enter that no costs were allowed to the petitioner *on the petition.*

*Longfellow,* for the petitioner, stated that the practice was to allow costs upon applications of this kind; and mentioned a case precisely, as he said, similar to the present, in which costs were allowed. And he urged that as the mistake, alleged in the petition, was confessed by the present default, and was indeed apparent from the copies of the case produced in Court, and as the petitioner, in order to obtain justice, had been compelled to make this application to the Court, *Knight* having refused to correct it, upon the notice which he originally, and before this application, had had from the petitioner, it was but reasonable for him to pay the costs of the petition.